**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CALUSA LAKES COMMUNITY ASSOCIATION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Judge Mary Ellen Coster Williams |
| v. | ) ) | No. 08-1981 L |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) ) | |
| NATHAN and DEBORAH CHILDERS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Judge Mary Ellen Coster Williams |
| v. | ) ) | No. 07-4262 L |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) ) | |

**INDEX TO REPORT OF RICHARD BASS**

Pursuant to the Court's Orders of January 7, 2013, in the above-captioned cases, Defendant hereby files the following index of the expert report of Richard Bass. A full copy of the expert report, with the exceptions noted below, will be submitted to the Court for the record on this same date on CD-ROM, along with a courtesy paper copy.

**INDEX TO REPORT OF RICHARD BASS**

| TAB | TITLE | BATES NUMBERS |
|---|---|---|
| 1 | Qualifications of Richard W. Bass | Deposition Exhibit No. 2 |
| 2 | List of Expert Witness Services Rendered at Deposition or Trial | Deposition Exhibit No. 3<br>US-RB009206 to US·RB009207 |
| 3 | Summary Report – Feb 13, 2012 | US-RB006128 to US·RB006131 |
| | Individual Parcel Summary of Findings Reports | |
| 4 | • Arielle on Palmer Ranch | US-RB006132 to US-RB006181 |
| 5 | • Calusa Lakes Association | US-RB006182 to US-RB006227 |
| 6 | • Childers Parcel | US-RB006228 to US-RB006230 |
| 7 | • Davids Parcel | US-RB006231 to US-RB006233 |
| 8 | • Glueck Parcel | US-RB006234 to US-RB006241[1] |
| 9 | • JMC Parcel | US-RB006257 to US-RB006325 |
| 10 | • Marlin Parcel | US-RB006326 to US-RB006328[2] |
| 11 | • Mirman Parcel | US-RB006334 to US-RB006336 |
| 12 | • Mission Valley Golf & Country Club | US-RB006337 to US-RB006346 |
| 13 | • Palmer Ranch Parcel | US-RB006347 to US-RB006349 |
| 14 | • Pine Ranch East Subdivision | US-RB006350 to US-RB006431 |
| 15 | • Prestancia – Tournament of Players | US-RB006432 to US-RB006547 |
| 16 | • Stoneybrook Golf & Country Club | US-RB006548 to US-RB006678 |

//

//

//

//

//

//

//

[1] The section US-RB006242 to US-RB006256 has been omitted because it addresses a parcel that was not part of the March 2012 trial (the “Hardy” parcel).
[2] The section US-RB006329 to US-RB006333 has been omitted because it addresses a parcel that was not part of the March 2012 trial (the “McCann” parcel).

Dated:  January 7, 2013	Respectfully submitted,

    IGNACIA S. MORENO
    Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    s/Kristine S. Tardiff
    Kristine S. Tardiff, Senior Trial Attorney
    United States Department of Justice
    Environment & Natural Resources Division
    53 Pleasant St., 4th Floor
    Concord, NH 03301
    Tel: 603-230-2583/Fax: 603-225-1577
    E-Mail:  kristine.tardiff@usdoj.gov

    *Counsel of Record for United States*

    Charlotte M. Youngblood, Trial Attorney
    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section (PHB Room 3131)
    P.O. Box 7611
    Washington, DC 20044
    TEL:  (202) 305-0466/FAX:  (202) 305-0506
    E-MAIL:  charlotte.youngblood@usdoj.gov

    *Of Counsel for United States*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing *Index of Report of Richard Bass* was served on Plaintiffs' counsel of record through filing via the CM-ECF system.  In addition, Defendant has served a copy of CD-ROM containing the Report of Richard Bass listed on the foregoing Index on the following counsel of record for Plaintiffs by first-class U.S. Mail:

    Mark F. Hearne, II
    Lindsay S.C. Brinton
    Arent Fox, LLP
    112 S. Hanley Drive, Suite 200
    Clayton, MO 63101

    s/Kristine S. Tardiff
    KRISTINE S. TARDIFF